No. 73. WILLIAM S. DEXTER ET AL., TRUSTEES, ETC., PLAINTIFFS IN ERROR, *v.* SALEM D. CHARLES ET AL., AS BOARD

OF STREET COMMISSIONERS, ETC. In error to the Supreme Judicial Court of the State of Massachusetts. April 8, 1907. Dismissed with costs, per stipulation. *Mr. A. R. Serven* for plaintiffs in error. *Mr. Thomas M. Babson* for defendants in error.